

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2020

No. 04-20-00320-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Nolan **ANDERSON**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-12758
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellee has filed a motion for extension of time in which he requests until September 4, 2020 to file appellee's brief. Appellee's motion is GRANTED. Appellee's brief is due on or before September 4, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court